# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00081-CR

**John Richard Liles, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 52,853, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING

After pleading guilty, appellant John Richard Liles was convicted of impersonating a public servant and sentenced to imprisonment for seven years. The clerk's record contains a written waiver of appeal signed by appellant, his attorney, and the trial judge. This document, which reflects a knowing and voluntary waiver of the right to appeal, was signed on the day sentence was imposed in open court. A defendant who knowingly and intelligently waives his right to appeal may not thereafter appeal without the consent of the trial court. *Ex parte Dickey*, 543 S.W.2d 99 (Tex. Crim. App. 1976); *see also Hurd v. State*, 548 S.W.2d 388 (Tex. Crim. App. 1977); *Reed v. State*, 516 S.W.2d 680 (Tex. Crim. App. 1974). The record indicates that the trial court expressly denied permission to appeal.

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   March 7, 2002

Do Not Publish